UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

-against-

Dmytro Gogkchyn,

                Defendant.

---

7:17-MJ-6259(MRG)

**JUDGMENT**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on September 28, 2017, accepted the defendant's plea of guilty to a charge of Fishing Without a License, in full satisfaction of the Misdemeanor Complaint filed on August 18, 2017, it is,

ORDERED, ADJUDGED AND DECREED: The Court sentenced the defendant to pay a fine in the amount of $25.00 to be paid by October 26, 2017.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: <u>Nunc Pro Tunc to September 28, 2017</u>
       Poughkeepsie, N.Y.